UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE: RICHARD W. GANNETT

No. 20-mc-91636-RGS

ORDER

April 1, 2022

STEARNS, D. J.

On March 16, 2022, the Supreme Judicial Court for the Commonwealth of Massachusetts ordered Richard W. Gannett disbarred from the practice of law in Massachusetts. Pursuant to Local Rules 83.6.9(e)(2), on March 31, 2022, this court permanently suspended Richard Gannett from practicing in the federal court. Richard Gannett has 28 days (until April 29, 2022) to object or otherwise respond to this Order that the court intends to impose identical discipline to that of the Massachusetts Supreme Judicial Court by disbarring Richard Gannett from practicing in this court and striking his name from its Roll of Attorneys.

/s/ Richard G. Stearns
United States District Court