UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: RICHARD W. GANNETT

No. 20-mc-91636-RGS

## JUDGMENT OF DISBARMENT

May 20, 2022

STEARNS, D.J.

WHEREAS, on March 16, 2022, the Massachusetts Supreme Judicial Court (SJC) filed with this court a copy of a Judgment of Disbarment with respect to **Respondent Richard W. Gannett**. *See In the Matter of Richard W. Gannett*, 498 Mass. 1007 (2022). Upon notice of the disbarment, this court issued an order to Gannett to show cause why reciprocal disbarment should not be imposed by the federal court pursuant to District of Massachusetts Local Rule (L.R.) 83.6(2), *see* Dkt #19. After consideration of Gannett's filings, the court issued an Order of Reciprocal Sanction dated May 19, 2022.

### ORDER

WHEREFORE, pursuant to L.R. 83.6(2), this court has imposed the identical discipline as the Supreme Judicial Court and disbarred **RICHARD W. GANNETT** from practice at the bar of the United States District Court

for the District of Massachusetts and his name has been struck from the Roll of Attorneys.

                                    /s/ Richard G. Stearns
                                    UNITED STATES DISTIRCT JUDGE